

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00577-CV

| | | |
|---|---|---|
| TOWN OF NORTHLAKE, TEXAS, AND MAYOR BRIAN MONTINI, Appellants | § | On Appeal from the 467th District Court |
| | § | of Denton County (24-7363-467) |
| V. | § | May 29, 2025 |
| GEORGE ROLAND, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and reversed in part. We affirm that portion of the trial court's order granting Mayor Brian Montini's plea to the jurisdiction. We reverse that portion of the trial court's order denying the Town of Northlake, Texas's plea to the jurisdiction, and we render judgment that George Roland's claims against the Town of Northlake, Texas and Mayor Brian Montini are dismissed.

It is further ordered that George Roland shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
    Justice Dana Womack